UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JEFF S. GUNDERSEN, | ) | No. CV 09-00122-GHK (VBK) |
| Petitioner, | ) | ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS |
| v. | ) | |
| LINDA SANDERS, | ) | |
| Respondent. | ) | |

 Pursuant to 28 U.S.C. §636, the Court has made a _de novo_ review of the Petition for Writ of Habeas Corpus ("Petition"), Respondent's Motion to Dismiss, Petitioner's Opposition to the Motion to Dismiss, all of the records herein and the Report and Recommendation of the United States Magistrate Judge ("Report").

 **IT IS ORDERED** that: (1) the Court accepts and adopts the Report and Recommendation, (2) Respondent's Motion to Dismiss is Granted; and (3) Judgment be entered dismissing the Petition without prejudice.

DATED: 10/7/09

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE