JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| JEFF S. GUNDERSEN, | ) | No. CV 09-00122-GHK (VBK) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| LINDA SANDERS, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") without prejudice,

**IT IS ADJUDGED** that the Petition is dismissed without prejudice.

DATED:   10/7/09

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE